IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MINNIE RICHARDSON,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 4:26-cv-131-O-BP** |
| **TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ET AL.,** | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, the Plaintiff's claims against Defendant Department of Elderly Services 1-20 are **DISMISSED** without prejudice.

**SO ORDERED** on this **20th day** of **October, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE