**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MINNIE RICHARDSON,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ET AL.,** <br><br> **Defendants.** | § § § § § § § § § § § | **Civil Action No. 4:26-cv-131-O-BP** |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, the Plaintiff's claims against Defendant Texas Health and Human Services Commission are **DISMISSED** without prejudice.

**SO ORDERED** on this **20th day** of **October, 2026.**

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE